IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARIO WILLIAMS,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 17-cv-730-jdp

LOUIS WILLIAMS, II,

    Respondent.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing as moot Mario Williams's petition for a writ of habeas corpus under 28 U.S.C. §2241.

| /s/ | 7/19/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |